FILED

09/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0104

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0104

_____

ERIC HATHAWAY,

      Plaintiff and Appellant,

v.                                                        O R D E R

ZOOT ENTERPRISES, INC.,

      Defendant and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Rienne McElyea, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2021